**DISMISS and Opinion Filed May 24, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01066-CR**

**NEIL PAUL NOBLE, Appellant**
**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-45998**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Chief Justice Burns

Before the Court is appellant's pro se motion to dismiss appeal. In the motion, appellant states, "The credit for time served issue raised in the appeal is moot." We grant the motion and order the appeal dismissed.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

231066F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NEIL PAUL NOBLE, Appellant

No. 05-23-01066-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F18-45998.
Opinion delivered by Chief Justice Burns. Justices Goldstein and Kennedy participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 24, 2024